UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

**FILED SEP 2 2 2006** — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LOPEZ,<br><br>Defendant. | CASE NO. 06 CR 1432 LAB<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Appearance Date: Sept. 25, 2006<br>Time: 2:00 p.m.<br>Courtroom: Hon. Larry A. Burns |

TO THE UNITED STATES MARSHALS SERVICE IN SAN DIEGO, CALIFORNIA:

The United States Marshals Service is hereby is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to its place of custody:

**Name:** Gloria Reynoso

**Register Number:** 96443-198

**Gender:** Female

**Detained at:** CCA Facility in Otay Mesa, California. Telephone 619-661-9119

**Incarcerated for:** Importation of Cocaine in case 06CR632 BTM.

Dated: 9-22-06

_Larry A. Burns_
HON. LARRY A. BURNS
UNITED STATES DISTRICT JUDGE

06 CR 1432 LAB