```
 1  CAROL C. LAM
    United States Attorney
 2  JONATHAN I. SHAPIRO
    Assistant U.S. Attorney
 3  California State Bar No. (pending)
    United States Courthouse
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-7085

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
OCT 1 0 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  06CR1432-LAB |
|---|---|---|
| Plaintiff, | ) | JUDGMENT ON DEFAULT |
| v. | ) | |
| JONATHAN LOPEZ, | ) | |
| Defendant. | ) | |

   Defendant JONATHAN LOPEZ failed to appear on September 25, 2006, and answer the charge of the plaintiff, United States of America, against him.  Therefore, the bond posted in the above-entitled matter on June 8, 2006, was and is forfeited.  A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys above-named, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligors on the bond;

//
//
//
//
//

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff,
2  United States of America, does have and recovers from defendant
3  JONATHAN LOPEZ, and the sureties CARLOS ZAMUDIO-RAMIREZ and ALICIA
4  VILLANUEVA-RUIZ, judgment in the sum of $15,000. Judgment is to
5  accrue interest at the current legal rate, compounded annually until
6  paid in full.

        DATED: ~~_____~~ 10-10-06, 2006.

_____
HONORABLE LARRY ALAN BURNS,
UNITED STATES DISTRICT JUDGE

2