KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U. S. Attorney
Bar No. 078225
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5977

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN LOPEZ,<br><br>　　　　　Defendant and<br>　　　　　Judgment Debtor.<br><br>ALICIA VILLANUEVA-RUIZ<br><br>　　　　　Surety Debtor. | Court No. 06CR1432-LAB<br><br>DECLARATION AND ORDER FOR APPEARANCE OF JUDGMENT DEBTOR<br><br>DATE: September 5, 2007<br>TIME: 10:00 a.m. |

I, Bruce C. Smtih, say:

I am an Assistant United States Attorney and one of the attorneys for plaintiff, United States of America. Judgment was entered on October 10, 2006, for plaintiff against surety debtor for a total of $15,535.64. The surety debtor resides within the jurisdiction of this court. The judgment has not been satisfied, vacated, reversed, or barred by the statute of limitations, and is one on which execution may be issued. The judgment remains unpaid, and there is now due and owing on it $15,535.64 plus accruing interest.

///

///

BCS:sh/2006Z01506

1  The judgment debtor has not been examined within the last four months, and has not filed a
2  bond to stay execution on appeal.
3  I declare under the penalty of perjury that the foregoing is true.
4  DATED: 07/05/07.

BRUCE C. SMITH
Assistant U. S. Attorney

TO THE JUDGMENT DEBTOR:

Based on the foregoing declaration, it appears that this is a proper case for your appearance. Therefore, on application of plaintiff,

I ORDER YOU to appear in U. S. District Court, in the courtroom of Magistrate Judge Anthony J. Battaglia, at 940 Front Street, San Diego, California, on September 5, 2007, at 10:00 a.m., and answer concerning your property before the United States Magistrate Judge appointed referee to conduct the examination, and bring copies of your latest federal and state tax returns.

NOTICE TO JUDGMENT DEBTOR

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. Cal. Civ. § 708.110.

DATED: 7/6/07

United States Magistrate Judge

06CR1432-LAB